IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NO. ICE-HSI-MF-2019-00338 | Case No. _____<br><br>**<u>Filed Under Seal – Level I</u>** |

## MOTION TO SEAL

The government respectfully requests that this entire matter including the application, summons attachment, and any resulting order be sealed at Level I until on or about August 21, 2019. As discussed in the application, the government submits that the criminal investigation in support of which this summons has been issued is ongoing. Notification of the existence of the attached summons will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, and change patterns of behavior.

                                              Respectfully submitted,

                                              SCOTT W. MURRAY
                                              United States Attorney

February 21, 2019                    By:    /s/ Georgiana L. Konesky
                                                      Georgiana L. Konesky
                                                        Assistant U.S. Attorney

Motion:    \_\_\_\_ Granted    \_\_\_\_ Denied

                                              _____
                                              Andrea K. Johnstone
                                              United States Magistrate Judge

February \_\_\_\_, 2019